IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BRANDON JOHNSON | § |
| v. | §    CIVIL ACTION NO. 5:22-CV-116-JRG-JBB |
| WARDEN, FCI-TEXARKANA | § |

## ORDER

Before the Court is Petitioner Brandon Johnson's petition for writ of habeas corpus under 28 U.S.C. §2241 complaining of the computation of his sentence. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On September 11, 2024, the Magistrate Judge issued a Report recommending the above-styled application for the writ of habeas corpus be dismissed with prejudice. Docket No. 9. Petitioner acknowledged receipt of the Report on September 18, 2024. Docket No. 10. To date, no objections have been filed.

Because no objections have been received, Petitioner is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate

Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

    **ORDERED** that the Report of the Magistrate Judge (Docket No. 9) is **ADOPTED** as the opinion of the District Court. It is further

    **ORDERED** the above-captioned application for writ of habeas corpus is **DISMISSED with prejudice**.

    **So ORDERED and SIGNED this 17th day of October, 2024.**

    _____
    RODNEY GILSTRAP
    UNITED STATES DISTRICT JUDGE